UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA ISKHAKOVA, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>VAN CLEEF & APRELS, INC.,<br><br>      Defendant. | 1:22-cv-7629-AMD-RML<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIA ISKHAKOVA ("Plaintiff") and VAN CLEEF & APRELS, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated:  June 14 , 2023

STEIN SAKS, PLLC               MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Mark Rozenberg_           By: _/s/ Michael F. Fleming_
 Mark Rozenberg               Michael F. Fleming
 One University Plaza, Ste 620         101 Park Avenue
 Hackensack, NJ 07601            New York, New York 10178
 Tel: (201) 282-6500             Tel: (212) 309-6207
 Email: mrozenberg@steinsakslegal.com     Email: michael.fleming@morganlewis.com

*Attorneys for Plaintiff*              *Attorneys for Defendant*

**SO ORDERED:**

Dated:  June 14 , 2023            s/Ann M. Donnelly

                      United States District Judge